dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Jacob Weissman, an Infant, by His Guardian ad Litem, Samuel M. Weissman, Respondent, v. Merchants Mutual Automobile Liability Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Jacob Weissman, an Infant, by His Guardian ad Litem, Samuel M. Weissman, Respondent, v. Merchants Mutual Automobile Liability Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —. Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charles H. Wilson and Others, as Receivers, etc., Respondents, v. W. J. Hoggson Corporation and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Frederick W. Hager, Respondent, v. David Grimes Radio and Cameo Record Corporation and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

May Newkamp, Respondent, v. Herbert Newkamp, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Horace G. Knowles, Respondent, v. Emanuel Bolloten, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Jacob Kanevsky and Another, Respondents, v. Benjamin Hemley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Jacob Kanevsky and Another, Respondents, v. Benjamin Hemley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Liberty Provision Co., Inc., Respondent, v. J. W. Benson, Appellant, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

David Kivowitz and Others v. Steve Shuely.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Elias Bodger for an Order of Certiorari against James A. Beha, as Superintendent of Insurance, etc.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Mischa Elman v. Florenz Ziegfeld, Jr.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Joseph L. Prager v. New Jersey Fidelity and Plate Glass Insurance Company of Newark, N. J. (Action No. 1.) — Motion to dismiss appeal granted,